IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOLLIE F. RYNESS,

      Plaintiff,                    No. CIV S-08-2323 WBS DAD

      v.

MICHAEL J. ASTRUE,              ORDER
Commissioner of Social Security,

      Defendant.

_____/

      The "Notice of Withdrawal of Counsel for Mollie F. Ryness, Plaintiff" filed by Ian M. Sammis, Esq. on June 19, 2009, does not comply with the requirements of the applicable Local Rule and is therefore stricken. Counsel is cautioned that "[t]he authority and duty of the attorney of record shall continue until relieved by order of the Court." L.R. 83-182(d) (E.D. Cal.). If leave to withdraw is granted pursuant to a properly noticed motion that conforms to the requirements of the Rules of Professional Conduct of the State Bar of California,[1] the court will impose such conditions as are deemed appropriate. Id.

      On May 8, 2009, the court approved the parties' stipulation and proposed order extending to May 22, 2009 plaintiff's deadline for filing a motion for summary judgment.

---

[1] Any motion to withdraw must be noticed for hearing before the undersigned and must comply with all requirements of Local Rule 78-230(a) and (b).

1

1  Plaintiff's motion is now long overdue. Absent a substantial showing of good cause, plaintiff's
2  motion for summary judgment or remand shall be filed and served on or before July 23, 2009.
3         Accordingly, IT IS ORDERED that:
4         1. Plaintiff's "Notice of Withdrawal of Counsel for Mollie F. Ryness, Plaintiff"
5  filed June 19, 2009 (Doc. No. 18) does not comply with the requirements of Local Rule 83-
6  182(d) and is therefore stricken; and
7         2. Plaintiff's motion for summary judgment or remand shall be filed and served
8  on or before July 23, 2009.
9  DATED: June 29, 2009.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/ryness2323.ord.strikentc

2