IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOLLIE F. RYNESS,

        Plaintiff,                                No. CIV S-08-2323 WBS DAD

    v.

MICHAEL J. ASTRUE,                        <u>ORDER</u>
Commissioner of Social Security,

        Defendant.

_____/

        Ian M. Sammis, plaintiff's attorney of record, has moved for leave to withdraw as counsel for plaintiff Mollie F. Ryness.  The court's docket reflects that the motion has been set for hearing on August 28, 2009, at 10:00 a.m. in Courtroom 27.  The motion itself does not set forth the hearing date and time, and the court is unable to determine whether counsel has given plaintiff Ryness proper notice of the hearing date and time.  In the interest of resolving the motion expeditiously, plaintiff Ryness is hereby notified that the undersigned will hear counsel's motion on August 28, 2009, at 10:00 a.m. in Courtroom 27.

        Attorney Sammis and plaintiff Ryness shall appear at the hearing of counsel's motion to withdraw, either in person or by telephone.  Telephonic appearance may be arranged by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours prior to the hearing.

1

1  If plaintiff Ryness opposes counsel's motion, she must state her opposition in a
2  writing filed with the court and served on her attorney of record on or before August 18, 2009.
3  Any reply shall be filed and served by counsel on or before August 25, 2009.  If plaintiff Ryness
4  does not oppose counsel's motion, she must file and serve a statement of non-opposition on or
5  before August 18, 2009.  Regardless of whether plaintiff Ryness files opposition or a statement
6  of non-opposition, she must appear at the hearing.  Plaintiff Ryness is cautioned that failure to
7  file opposition or a statement of non-opposition, or failure to appear at the hearing, will result in
8  a recommendation that this case be dismissed by the district judge assigned to this case.

9  Accordingly, IT IS ORDERED that:

10  1. Attorney Ian M. Sammis's motion for leave to withdraw as counsel for
11  plaintiff Mollie F. Ryness will be heard in Courtroom 27 on August 28, 2009, at 10:00 a.m.;

12  2. Attorney Sammis and plaintiff Ryness shall appear at the hearing.  A person
13  who wishes to arrange for telephonic appearance shall contact Pete Buzo, the courtroom deputy
14  of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours prior to the hearing;

15  3. Plaintiff Ryness shall file and serve opposition or a statement of non-
16  opposition to counsel's motion on or before August 18, 2009, and any reply shall be filed and
17  served by counsel on or before August 25, 2009;

18  4. Plaintiff Ryness is cautioned that failure to file opposition or a statement of
19  non-opposition, or failure to appear at the hearing, may result in dismissal of this case; and

20  5. The Clerk of the Court shall serve a copy of this order on Mollie F. Ryness at
21  2658 Tremonto Road, Anderson, California 96007.

22  DATED: July 29, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/ryness2323.ord.hrginfo