IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOLLIE F. RYNESS,

        Plaintiff,                        No. CIV S-08-2323 WBS DAD

    v.

MICHAEL J. ASTRUE,                <u>ORDER</u>
Commissioner of Social Security,

        Defendant.

_____/

        The above-captioned case came before the court on October 2, 2009, on the court's order to show cause issued on September 11, 2009.  Plaintiff Mollie F. Ryness appeared telephonically at the hearing.  Ian M. Sammis, Esq. appeared as plaintiff's attorney of record, and Assistant United States Attorney Bobbi J. Montoya appeared on behalf of the Commissioner.

        After further hearing related to Mr. Sammis' motion to withdraw as plaintiff's attorney of record, the court affirmed its prior denial of the motion, and a deadline was set for the filing of plaintiff's motion for summary judgment and/or remand.  Upon consideration of Mr. Sammis' response to the court's order to show cause, for the reasons stated on the record, the court imposed sanctions in the amount of $500.00.

/////

/////

1

IT IS ORDERED that:

1. The court's order (Doc. No. 24) denying attorney Ian M. Sammis's motion (Doc. No. 20) for leave to withdraw as counsel for plaintiff Mollie F. Ryness is affirmed;

2. Plaintiff's attorney of record shall file and serve plaintiff's motion for summary judgment and/or remand on or before October 26, 2009;

3. Sanctions in the amount of $500.00, payable to the Clerk of the Court for deposit into the Court's non-appropriated fund within fourteen days after this order is filed, are imposed on attorney Ian M. Sammis for his failure to appear at the August 28, 2009, hearing of his motion to withdraw as attorney of record for plaintiff; and

4. The Clerk of the Court shall serve a copy of this order on Mollie F. Ryness at 2658 Tremonto Road, Anderson, California 96007.

DATED: October 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/ryness2323.oah.100209